IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tougas, Wilma M

Printed: 4/22/08

Case Number: 06 B 12690
Judge: Wedoff, Eugene R
Filed: 10/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,040.00 |  |
| Secured: |  | 7,046.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,526.50 |
| Trustee Fee: |  | 466.68 |
| Other Funds: |  | 0.00 |
| Totals: | 9,040.00 | 9,040.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,526.50 | 1,526.50 |
| 2. | National City Bank | Secured | 0.00 | 0.00 |
| 3. | National City Bank | Secured | 41,689.70 | 7,046.82 |
| 4. | Capital One | Unsecured | 2,122.78 | 0.00 |
| 5. | Capital One | Unsecured | 384.80 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 575.86 | 0.00 |
| 7. | Capital One | Unsecured | 169.80 | 0.00 |
| 8. | DaimlerChrysler Servs North America | Unsecured | 7,618.16 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,760.23 | 0.00 |
| 10. | T Mobile USA | Unsecured | 1,414.07 | 0.00 |
| 11. | Harris Bank | Secured |  | No Claim Filed |
| 12. | E Partner Net | Unsecured |  | No Claim Filed |
| 13. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 14. | Superior Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 57,261.90 | $ 8,573.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 171.84 |
| 5.4% | 294.84 |
|  | _____ |
|  | $ 466.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tougas, Wilma M | Case Number:  06 B 12690 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  10/5/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

